NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC.,**
*Appellant*

**v.**

**TECH 21 UK LTD.,**
*Appellee*

_____

2016-1976

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01262.

_____

**JUDGMENT**

_____

PETER M. DE JONGE, Thorpe North & Western, Salt Lake City, UT, argued for appellant. Also represented by JED H. HANSEN.

BREWSTER TAYLOR, Stites & Harbison PLLC, Alexandria, VA, argued for appellee. Also represented by MICHAEL K. KIM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* DYK and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 11, 2017 | /s/ Peter R. Marksteiner |
|----------------|--------------------------|
| Date | Peter R. Marksteiner |
| | Clerk of Court |